THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JULIUS JAMES, Defendant-Appellant.

(No. 60116; )

First District (3rd Division)—January 9, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (William A. Swano, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Richard H. Robinson, Assistant State's Attorneys, of counsel), for the People.